```
PETER GOODMAN, ESQ.
State Bar No. 65975
400 Montgomery Street, Second Floor
San Francisco, California  94104
Telephone: (4l5) 781-8866
Facsimile:   (415) 781-2266

Attorney for Defendant
DAVID CHARLES HILL
```

*E-FILED - 2/1/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-04-40052 DLJ |
| Plaintiff, | STIPULATED ORDER CONTINUING HEARING ON DEFENDANT HILL'S MOTION FOR RESENTENCING |
| vs. | |
| DAVID CHARLES HILL, | |
| Defendant. | |

Plaintiff UNITED STATES OF AMERICA, by and through its counsel in this matter, Assistant United States Attorney ("AUSA") Jennifer Gaspar, and defendant DAVID CHARLES HILL, by and through his counsel, Peter Goodman, hereby stipulate and agree as follows:

1. On February 27, 2009, defendant HILL filed a Motion for Resentencing premised on Amendments 706 and 713 to the United States Sentencing Guidelines Manual which provided for a retroactive reduction in the sentencing range for cocaine base.

2. On March 20, 2009, a hearing on the motion was held at which time the Court deferred its ruling to allow defense counsel to submit further pleadings on the issue of whether the reduction wrought by Amendment 706 applied to the defendant.

1         3.      On January 27, 2012, defendant HILL filed a Supplemental Memorandum of Points and Authorities in Support of Motion to Reduce Sentence Under Amendments 706 and 713 to the Federal Sentencing Guidelines. At the request of defense counsel, the matter is scheduled to be heard on February 3, 2012, at 10:00 a.m.

          4.      Given the recent pleading filed by defendant HILL, AUSA Gaspar is requesting additional time to file her response. Defense counsel agrees with that request and understands that the Court will be hearing matters in Oakland on March 2, 2012, at 10:00 a.m. Additionally, United States Probation Office ("USPO") James Schlotter has agreed to have his office prepare a report containing a recommendation regarding whether the two level reduction in his offense level requested by defendant HILL is appropriate. That report will discuss both defendant HILL's Career Offender status and his efforts at Post-Offense Rehabilitation. USPO Schlotter anticipates that the report will be available by the March 2nd hearing date the parties are requesting.

SO STIPULATED

DATED:   February 1, 2012

_____/s/_____
JENNIFER GASPAR
Assistant United States Attorney

SO STIPULATED

DATED:   February 1, 2012

_____/s/_____
 PETER GOODMAN
Attorney for Defendant
DAVID CHARLES HILL

///
///
///
///

1 | ORDER CONTINUING HEARING ON MOTION FOR RESENTENCING

2 | Based on the Stipulation of the parties and good cause appearing therefor, IT
3 | IS HEREBY ORDERED that the hearing on defendant HILL's Motion for Resentencing
4 | which is currently scheduled for February 3, 2012, at 10:00 a.m. be continued to March
5 | 2, 2012, at 10:00 a.m.
6 | DATED: 2/1/12

_____
D. LOWELL JENSEN
United States District Court Judge