BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

WILLIAM J. GULLOTTA (CTBN 423420)
Assistant United States Attorney

> 1301 Clay Street, Suite 340S
> Oakland, CA 94612
> Telephone: (510) 637-3703
> Fax: (510) 637-3724
> E-Mail: William.Gullotta@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES DAVID HILL,<br><br>Defendant. | NO. 04-CR-40052 JST<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING FOR GOVERNMENT'S MOTION TO STAY THE PROCEEDINGS REGARDING DEFENDANT'S PENDING 2255 PETITION FOR WRIT OF HABEAS CORPUS** |

On July 6, 2016, the Court issued an Order to meet and confer regarding a briefing schedule in the above-referenced matter. *See* Order, Dkt. # 102. The parties have met and conferred in accordance with the Court's Order. The government intends to file a motion to stay these proceedings in light of the case pending before the Supreme Court, *Beckles v. United States,* No. 15-8544. As such, the parties have discussed and agreed upon a briefing schedule for the proposed motion to stay the proceedings.

The parties hereby stipulate to the following:

1. The Government shall file its motion to stay the proceedings by July 26, 2016.

2. The defendant, Charles David Hill, shall file its opposition to the government's motion to stay by August 2, 2016.

3. Any reply by the government shall be filed on or before August 5, 2016.

Should the Court deny the government's motion to stay the proceedings, the parties will submit a stipulation proposing a briefing schedule regarding the pending 2255 Habeas Petition within ten days of the Court's order denying the motion to stay.

DATED: July 18, 2016                    Respectfully submitted,

                                        BRIAN J. STRETCH
                                        United States Attorney


/s/ Peter Goodman                       /s/ William J. Gullotta
PETER GOODMAN                           WILLIAM J. GULLOTTA
Attorney for Defendant                  Assistant United States Attorney

**[PROPOSED] ORDER**

With the agreement of the parties, and for the reasons stated in the parties' stipulation, the Court enters this Order. The Court orders, pursuant to the parties' stipulation, the following:

1. The Government shall file its motion to stay the proceedings by July 26, 2016.
2. The defendant, Charles David Hill, shall file its opposition to the government's motion to stay by August 2, 2016.
3. Any reply by the government shall be filed on or before August 5, 2016.

IT IS SO ORDERED.

DATED: July 19, 2016

